**Bernard M. BAKER, Petitioner–Appellant,**

v.

**Gene M. JOHNSON, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 03–6123.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Bernard K. Baker, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Bernard M. Baker, a state prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge construing Baker's petition as arising under 28 U.S.C. § 2241 (2000), and denying relief. We have independently reviewed the record and conclude that Baker has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability, deny the motion for leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*